IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

CHARVEZZ DAVIS, :
:
       Plaintiff, :
:
  VS. :
: 7: 09-CV-94 (HL)
Captain KEENE, Lt. ELKINS, and :
Sgt. GRIFFIN, :
:
       Defendants. :

## RECOMMENDATION

    Plaintiff has filed a motion for default judgment against the defendants herein, based on the defendants' alleged failure to respond to his complaint. (Doc. 17). The defendants have responded to the plaintiff's motion, indicating therein that they filed an answer to plaintiff's complaint on November 12, 2009. (Docs. 21, 22).

    Pursuant to Rule 55(a) of the Federal Rules of Civil Procedure, "[w]hen a party against whom a judgment for affirmative relief is sought has failed to plead or otherwise defend, and that failure is shown by affidavit or otherwise, the clerk must enter the party's default." The entry of default or default judgment is not appropriate herein, as the defendants filed a timely answer to the plaintiff's complaint. By order dated July 27, 2009, plaintiff was granted leave to proceed *in forma pauperis* and the court directed that his complaint be served on the defendants. (Doc. 4). Process receipt and return forms were issued the following day, and personal service was ultimately perfected on the defendants on October 23, 2009. Defendants then filed their answer on November 12, 2009, well within the time prescribed for serving a responsive pleading. (Doc. 21); *see* Fed. R. Civ. P. 12(a). Accordingly, it is the recommendation of the undersigned that the plaintiff's motion for default judgment be **DENIED**. Pursuant to 28 U.S.C. § 636 (b)(1), the parties may file written

objections to this recommendation with the Honorable Hugh Lawson, United States District Judge, **WITHIN FOURTEEN (14) DAYS** of receipt thereof.

**SO RECOMMENDED**, this 16th day of June, 2010.

S/ *THOMAS Q. LANGSTAFF*

THOMAS Q. LANGSTAFF
UNITED STATES MAGISTRATE JUDGE

asb